BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0270 JSW |
| Plaintiff, | ) ) ) | **UNOPPOSED MOTION AND [PROPOSED] ORDER GRANTING MOTION FOR MODIFICATION OF RELEASE CONDITIONS** |
| v. | ) ) | |
| MARK ALLEN DAVIS, | ) ) | |
| Defendant. | ) ) | |

    Having made his initial appearance on an indictment charging him with mail and wire fraud, defendant Mark Allen Davis was released on bond. One of the release conditions set by the Court was that Mr. Davis not travel outside the Northern District of California.

    During the Pretrial Services interview, it became apparent that Mr. Davis's workplace, in Vacaville, lies on the eastern edge of the boundary separating the Northern and Eastern Districts of California. Mr. Davis works on the weekends and wishes to work this weekend. Accordingly, Mr. Davis respectfully seeks a modification of his release conditions to permit him to travel to the Eastern District of California for work purposes. He requests that this modification become effective immediately so that he can attend work this weekend, prior to his scheduled court appearance on May 8, 2007.

Government counsel has been notified of this request and has stated that the government does not object to it.

Dated: May 4, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

JOSH COHEN
Assistant Federal Public Defender

**ORDER**

Accordingly, and for good cause shown, it is hereby ordered that the defendant's release conditions shall be modified as follows: In addition to the Northern District of California, Mr. Davis may travel to and from the Eastern District of California in order to be present at his place of work in Vacaville, California. All other conditions shall remain in effect until further notice.

IT IS SO ORDERED.

Dated: May 4, 2007

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte