SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7004
   Fax:  (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0270 JSW (EDL) |
|---|---|---|
|     Plaintiff, | ) | STIPULATION AND [~~PROPOS~~ED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| MARK ALLEN DAVIS, | ) | |
|     Defendant. | ) | |

      With the agreement of the parties, and with the consent of defendant Mark Allen Davis, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 8, 2007, to May 24, 2007.  The parties agree, and the Court finds and holds, as follows:

      1.     Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this time exclusion in order to allow his counsel time to review discovery that had not yet been provided by the government.

      2.     Given these circumstances, the Court found that the ends of justice served by

1  excluding the period from May 8, 2007, to May 24, 2007, outweigh the best interest of the public
2  and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
3      3.    Accordingly, and with the consent of the defendant, at the hearing on May 8,
4  2007, the Court ordered that the period from May 8, 2007, to May 24, 2007, be excluded from
5  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
6      IT IS SO STIPULATED.

8  DATED: May 8, 2007              /s/
                              JOSH COHEN
9                                Attorney for Defendant

11  DATED: May 8, 2007              /s/
                              ANDREW P. CAPUTO
12                                Assistant United States Attorney

14      IT IS SO ORDERED.

16  DATED: May 11, 2007
17                                ELIZABETH
                              United States

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Elizabeth D. Laporte)

2