SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0270 JSW |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| MARK ALLEN DAVIS, ) | |
| Defendant. ) | |

    With the agreement of the parties, and with the consent of defendant Mark Allen Davis, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 24, 2007, to June 28, 2007. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this time exclusion in order to allow his counsel time to review discovery that has recently been provided by the government and discovery that has not yet been provided by the government.

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from May 24, 2007, to June 28, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3.  Accordingly, and with the consent of the defendant, at the hearing on May 24, 2007, the Court ordered that the period from May 24, 2007, to June 28, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: May 25, 2007                  _____/s/_____
                                     JOSH COHEN
                                     Attorney for Defendant

DATED: May 25, 2007                  _____/s/_____
                                     ANDREW P. CAPUTO
                                     Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 30, 2007                  _____
                                     JEFFREY S. WHITE
                                     United States District Judge