SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0270 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| MARK ALLEN DAVIS, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of defendant Mark Allen Davis, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from June 28, 2007, to July 26, 2007.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.  The government has produced approximately 17,000 pages of discovery in this case, much of it in an electronic format.  Defendant requested this time exclusion in order to allow his counsel adequate time to review this discovery.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 28, 2007, to July 26, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on June 28, 2007, the Court ordered that the period from June 28, 2007, to July 26, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: June 29, 2007                    _____/s/_____
                                        JOSH COHEN
                                        Attorney for Defendant

DATED: June 28, 2007                    _____/s/_____
                                        ANDREW P. CAPUTO
                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 29, 2007                    _____
                                        JEFFREY S. WHITE
                                        United States District Judge