JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
MARK ALLEN DAVIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALLEN DAVIS<br><br>Defendant. | CASE NO. CR 07-0270 JSW<br><br>**STIPULATION AND [PROPOSED]　ORDER MODIFYING ONE RELEASE CONDITION** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Mark Davis, that the conditions of his release may be modified so that he is no longer required to submit to drug and/or alcohol testing. Counsel for the United States has consulted with Pretrial Services Officer Tim Elder, who has indicated that he does not oppose this modification to Defendant's conditions of release.

DATED: March 10, 2008          Campbell & Jayne LLP


                               By:    /s/ Julia Mezhinsky Jayne
                                      JULIA MEZHINSKY JAYNE
                               Attorneys for Defendant
                               MARK DAVIS

DATED: March 10, 2008          UNITED STATES ATTORNEY'S OFFICE


                               By:    /s/ Andrew Caputo
                                      ANDREW CAPUTO
                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**


DATED: March 13, 2008          *Elizabeth D. Laporte* (signature)
                               _____
                               ELIZABETH D. LAPORTE
                               UNITED STATES MAGISTRATE JUDGE